# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

MR. IVAN L. MENDEZ "ET AL"
Name under which you were convicted

00453351
Your prison number

vs.

CIVIL ACTION NO. 2:14CV-157-MEF
(To be supplied by Clerk of Court)

MR. JOSEPH BIDEN, US VICE PRESIDENT
Name of Defendant(s)

THE JAMES THOMAS VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD, SMYRNA DELAWARE, 19977
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide <u>fair notice to each defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will be stricken</u>. See Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will be stricken</u> if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

## I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes (●)     No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes (●)     No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:
      Plaintiffs: MR. IVAN L. MENDEZ AND MD FAMILIA AND H.B.S. (MORMON) PROPHET MR. GORDON B. HINCKLEY AND EX-PRESIDENT JIMMY CARTER AND EX-PRESIDENT RONALD REAGAN AND EX-PRESIDENT GEORGE BUSH (FATHER) AND EX-PRESIDENT BILL CLINTON AND EX-PRESIDENT GEORGE W. BUSH (SON) JR. INC.

      Defendants: THE NATION OF AMERICA, THE NATION OF ASIA, THE NATION OF INDIA, THE NATION OF EUROPE, CANNON CARIBBEAN ISLANDS, VIRGIN ISLANDS, MEXICO, SOUTH AMERICA, CENTRO AMERICA, SUD AMERICA, MESOAMERICA AND THE UNITED NATIONS, AND ALL THE OTHER LEADERS WIRED SOLDIERS MEMBERS ON A BIG INTERNATIONAL CRIMINAL ORGANIZATION AND THE CASE(S) WIRED SUPREME COURT ON DELAWARE, U.S. DISTRICT COURT ON PENNSYLVANIA SUPERIOR COURT ON DELAWARE, U.S. DISTRICT COURT ON CALIFORNIA, U.S. DISTRICT COURT ON ARIZONA, U.S. DISTRICT COURT ON NEW MEXICO, U.S. DISTRICT COURT ON TEXAS, INC.

      2. Court (if federal court, name the district; if state court, name the county):
      3. Docket Number: I WILL WROTE IT DOWN ON ON THE LAST ONE, MENDEZ VS. PHILIPS, NUMBER OF CASE # 1°-13-CV-2070, ON U.S. DISTRICT COURT ON DELAWARE

   4. Were you granted the opportunity to proceed without payment of filing fees?
      Yes (●)     No ( )

   5. Name of judge to whom the case was assigned: WROTE ON THE LAST ONE MR. LEONARD P. STARK,

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____

   _____

   _____

   7. Approximate date of filing lawsuit: _____

3

8. Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: ON S.L.V.C.C. 1181 PADDOCK ROAD, SMYR NA DELAWARE 19977

B. Date it occurred: NOVEMBER TWENTY THREE ON TWO THOUSAND THIRTEEN 11/23/ 2013. ON OR AROUND 5:00 A.M.

C. Is there a prisoner grievance procedure in this institution? YES

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (●)   No ( )

E. If your answer is YES:

1. What steps did you take? Tus usual steps as same as always

2. What was the result? Negative, all of the charges on the inmate grievance run by persons are conected wired soldiers on a big international criminal organization

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may without leave of Court, add up to five (5) additional pages if necessary): ON 11/23/2013 the conected wired soldiers the inmate Mr. John Doe A.K.A. Mr. Hazer Smith living on this tier on this B-building on cell #12 bottom bunk (black) backed up by his friends and by the correctional officers on 12:00 P.M. to 5:00 A.M. shift and by the mr commissioner mr manbury and by all of the other wired conected wired members and conected wired soldiers that are on the old rooms jumped all on me and to the conected wired member mr Barack Obama and mr Joseph Biden (jumped/wired) turns me also to washing my hands (wash black) not tires on (wund) and other us prosecutor persecuting the me Obama and Biden and their sisters on the backing of courts on Alabama and one the states of Alabama not protecting me also court committing kidnapping and sending me to this unite american cowboy movement in one other the states of Alabama, whom are conected wired soldiers on the E.I.C. the terrorist organization whom this court usa protect kids and back them up to 100 by changing their real names dates of births places of birth schools and faster up their families backgrounds so the cowboy of Russia, China, England, Spain and other countries don't execute them in where before, match them up against us and murdered them on those countries for this terrorist attacks and for the murders and other crimes that they have committed on those countries and me too to the judge her only abusing and damaging most all of the abused broken wrecked poor used poor melodic brays that are abused by brown bones broken my uses to them and me on both uses as slaves all on the conected wired soldiers of this criminal organization, on was done to me, with a exception that this time they don't used guns or knives.

## III. PARTIES.

A. Plaintiff (Your name/AIS): MR. JUAN L. MENDEZ

Your present address: S.C.I.C.C, 1181 PADDOCK ROAD, SMYRNA, DELAWARE 19977

B. Defendant(s):

1. Defendant (full name) JOSEPH BIDEN is employed as VICE PRESIDENT at THE WHITE HOUSE.

His/her present address is THE WHITE HOUSE, 1600 PENNSYLVANIA AVENUE, NW., WASHINGTON D.C., 20500.

(a) Claim against this defendant: TERRORIST ATTACKS, MASS MURDERS, ATTEMPTS TO MURDER ME, THE MURDERS OF MEMBERS OF MY FAMILY, AND SEVERAL OTHER DIFFERENT CRIMES.

(b) Supporting facts (Include date/location of incident): THE ATTEMPTS AND THREATS OF BLOWING AND DESTROYING SEVERAL BUILDINGS AND FOOTBALL STADIUMS ON ALL OVER U.S.A. SINCE GEORGE BUSH (FATHER) ADMINISTRATION. THE THREATS FROM THE CIA ROOM TO BLOW UP AND DESTROY THE TWIN TOWERS OVER IN NEW YORK, NEW YORK, AND THE DESTRUCTION OF THE SAME ON SEPTEMBER ELEVEN OF 2001 (9/11/2001).

2. Defendant (full name) MR. THOMAS CARPER is employed as US SENATOR at UNITED STATES OF AMERICA.

His/her present address is THE LEGISLATIVE HALL, BOX # 1401, DOVER DELAWARE, 19903

(a) Claim against this defendant: TERRORIST ATTACKS, MASS MURDERS, ATTEMPTS TO MURDER ME, THE MURDERS OF MY FAMILY AND SEVERAL OTHER DIFFERENT CRIMES.

(b) Supporting facts (Include date/location of incident): THE ASSASSINATION OF SEVERAL POLITICIANS, OFFICIALS, DIPLOMATS, STATE, AND CIVILIANS OF SR IN MEXICO, RUSSIA, ENGLAND, SPAIN, CHINA AND ON OTHER COUNTRIES AND THE STEALING AND SMUGGLING OF PLUTONIUM INTO THIS COUNTRY FOR THE PRODUCTION OF NUCLEAR WEAPONS AND SEVERAL OTHER CRIMES.

3. Defendant (full name) CONDOLEEZA RICE is employed as EX- NATIONAL SECURITY US NATIONAL SECURITY COUNCIL at 17TH STREET AND PENNSYLVANIA AVENUE, NW. WASHINGTON D.C. 20506.

5

His/her present address is N/A

(a) Claim against this defendant: SMUGGLING OF ILLEGAL IMMIGRANTS/SEX SLAVES UNDER 10 YRS, DRUGS, PLUTONIUM AND OTHERS INTO AMERICA, AND SMUGGLING WHITE CHILDREN INTO MEXICO TO BE DELIVERED TO THE E.O.G. WAS MADE RECRUITING AND TRAINING, AND SEVERAL OTHER CRIMES.

(b) Supporting facts (Include date/location of incident):
THE ASSASSINATION OF THE RUSSIAN PRIME MINISTER AND THE ASSASSINATION OF THE MEXICAN VEDERAL REPRESENTATIVE MR. DONALDO COLOSIO AND THE ASSASSINATION OF GUATEMALAN GOVERNMENT OFFICIALS, AND THE ARMING WITH WEAPONS ALL OF THE CONGO ED, W13 ED, SOLDIERS OF THE E.O.G.A. (EIGHTEEN STREET, 13TH STREET, ROCKWOOD STREET, MONTEGO, MS-1, WHITE POWER, WHITE DEVIL HILLS AND US/ SONORA BLOODS CRIPS, MONGOLS AND OTHER CONSULED WIRED SOLDIERS OF THE E.O.G.A. AND SEVERAL OTHER CRIMES WAS QUIT NATIVOS (SNIPPERS) AND MANY OTHERS

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above). I DON'T HAVE ANY PAPER OR ENVELOPES TO SEND THEM.

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: MURDER FIRST DEGREE, ON 12/21/2000, ATTEMPT TO MURDER ON 12/19/2000, RAPE FIRST DEGREE ON 12/19/2000, ROBBERY FIRST ON 12/21/2000, CRIMINAL IMPRESSION ALSO ON 12/25/2000, WALKING VACATE, M ERRATIC ON 12/25/2000, WALKING AROUND WITH WEAPON ON 12/25/2000)

2. When were you convicted? 06/15/2001

3. What is the term of your sentence? 25 YRS

4. When did you start serving this sentence? 12/25/2000

5. Do you have any other convictions which form the basis of a future sentence?
   Yes (●)     No ( )

If so, complete the following:

(a) Date of conviction: ON OR AROUND 01/20/1997

(b) Term of sentence: N/A

6. What is your expected end of sentence (E.O.S.) date? N/A

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |

6

Invalidated       yes( ) no( )          yes( ) no( )
Writ of habeas   yes( ) no( )          yes( ) no( )
  corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____
_____

V. State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):
_____
_____

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

02/25/2014
Date

Mr. Ivan L. Mendez
(Signature of Plaintiff Under Penalty of Perjury)

S.L. V.C.C. 1181 Paddock Road
Current Mailing Address

Smyrna Delaware 19977

_____
Telephone Number

<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.</u>

7

I/M MR. IVAN A. MENDEZ
SBI# 453351     UNIT W-BLDG
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE  19977



U.S. POSTAGE >> PITNEY BOWES
ZIP 19977  $ 001.40
02 1W
0001379774 MAR 06 2014

US District Court oh Alabama
US Courthouse
One Church Street, Suite # B-110
Montgomery Alabama
         36104-4018